# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARIEL MACKLIN on Behalf of Herself and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BISCAYNE HOLDING CORP. d/b/a WILD ZEBRA and CHRISTOPHER VIANELLO,<br><br>　　　　Defendants. | Civil Action No.: 1:19-cv-00561-WES<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT**<br><br>Complaint Filed: October 18, 2019 |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that plaintiffs Ariel Macklin, Sierra Acosta, Yalett Alejandro, Alicia Barnella, Kimberly Davila, Michaelia Davis, Nicole Ely, DeAnna Gallo, Shannon Gavel, Brittney Guilmette, Lashaunda Ingram, Elizabeth James, Deja Jones, Sancharae Kelley, Daizha Pittman, Natasha Sajous, Kaitlyn Scola, Chanel Sosa, Kaitlin Throckmorton, Alyssa Truehart, Jasmine Vazquez, and Shakiyla Zito (collectively, "Plaintiffs"), by and through their undersigned counsel, and hereby request approval of the settlement agreements (the "Agreements") reached between the Parties.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the declaration and exhibits thereto, the pleadings, and all other papers on file in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter. The Agreements are attached as exhibits to the Declaration of John P. Kristensen filed concurrently with this Motion. *See* Declaration of John P. Kristensen ¶, Exhibits 1-23. Defendants do not oppose this Motion as Court approval is required before the Settlements could be effectuated.

Dated: August 20, 2021                    Respectfully submitted,

                                          */s/ John P. Kristensen*
                                          John P. Kristensen
                                           (*Pro Hac Vice*)
                                          **KRISTENSEN LLP**
                                          12540 Beatrice Street, Suite 200
                                          Los Angeles, California 90066
                                          Telephone:  (310) 507-7924
                                          *john@kristensenlaw.com*

                                          Chip Muller (BBO# 672100)
                                          **MULLER LAW, LLC**
                                          47 Wood Avenue
                                          Barrington, Rhode Island 02806
                                          Telephone:  (401) 256-5171
                                          *chip@mullerlaw.com*

                                          ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

      I certify that on Monday, August 23, 2021, a true and correct copy of the attached **PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT** and accompanying document were served via CM/ECF on all participants of record, including the persons listed below, pursuant to Fed. R. Civ. P. 5.

Matthew J. Hoffer
SHAFER & ASSOCIATES, P.C.
3800 Capital City Blvd., Suite 2
Lansing, MI 48906
Tel: 517-886-6565
Email: matt@bradshaferlaw.com

*Co-Counsel for Defendants*

Chip Muller
MULLER LAW, LLC
47 Wood Avenue
Barrington, RI 02806
Tel: 401-256-5171
Email: chip@mullerlaw.com

*Co-counsel for Plaintiffs*

Stephen J. Brouillard
BIANCHI BROUILLARD SOUSA & O'CONNELL, P.C.
The Hanley Building
56 Pine Street, Suite 250
Providence, RI 02903
Tel: 401-223-2990
Email: sbrouillard@bbsolaw.com

*Co-Counsel for Defendants*

 

                                    */s/ Jesenia A. Martinez*
                                        Jesenia A. Martinez