# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARIEL MACKLIN on Behalf of Herself and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>BISCAYNE HOLDING CORP. d/b/a WILD ZEBRA and CHRISTOPHER VIANELLO,<br><br>    Defendants. | Civil Action No.: 1:19-cv-00561-WES<br><br>**COLLECTIVE ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT**<br><br>Complaint Filed: October 18, 2019 |

This Court, having considered Ariel Macklin, Sierra Acosta, Yalett Alejandro, Alicia Barnella, Kimberly Davila, Michaelia Davis, Nicole Ely, DeAnna Gallo, Shannon Gavel, Brittney Guilmette, Lashaunda Ingram, Elizabeth James, Deja Jones, Sancharae Kelley, Daizha Pittman, Natasha Sajous, Kaitlyn Scola, Chanel Sosa, Kaitlin Throckmorton, Alyssa Truehart, Jasmine Vazquez, and Shakiyla Zito (collectively, "Plaintiffs") (collectively, "Plaintiffs") Motion for Approval of FLSA Settlements, the declaration and supporting exhibits, and good cause appearing, the Court makes the following Order:

The Court finds the settlement to be fair and reasonable pursuant to the FLSA.

Therefore, the Court hereby **GRANTS** the Motion and rules as follows:

The Settlements amounting to a total of $415,000 are approved and $216,255.33 is allocated to Plaintiffs as detailed in the Settlement Agreements (Exhibits 1 through 23 of the Declaration of John P. Kristensen) and $186,750.00 in attorneys' fees are reasonable as are the $11,994.67 in costs.

**IT IS SO ORDERED.**

Dated: Sept. 24, 2021

Honorable William E. Smith
United States District Judge